

FILED IN COURT OF APPEALS
12th Court of Appeals District

SEP 08 2015

TYLER, TEXAS
PAM ESTES, CLERK

FILE COPY

RE: Case No. 15-0675            DATE: 9/4/2015
COA #: 12-15-0004-CV     TC#: CV04637
STYLE: RON SEALE, INDIVIDUALLY AND AS THE REPRESENTATIVE OF THE ESTATE OF CLARA LAVINIA SEALE
    v. HORACE TRUETT SEALE AND WIFE, NAN SEALE

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (Tex. R. App. P. 53.3) There is no fee for a response or a waiver.


MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX 75702